UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAVON L. JETER, SR.,

   **Plaintiff,**

 v.         Case No. 1:19-cv-623
            JUDGE DOUGLAS R. COLE
BRYAN LAWLESS,    Magistrate Judge Karen Litkovitz

   **Defendant.**

## ORDER

On April 20, 2020, Magistrate Judge Litkovitz issued a Report and Recommendation (the "R&R") (Doc. 22) recommending the Court deny Defendant Bryan Lawless' Motion to Dismiss (Doc. 11). The R&R advised the parties that failing to object within 14 days would constitute a forfeiture of the right to review. (R&R at #117 (first citing *Thomas v. Arn*, 474 U.S. 140 (1985); then *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981))).

Now, the time period for objection has run (indeed, more than run), and no party has objected. 28 U.S.C. § 636(b)(1)(C). "There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed." *Thomas*, 474 U.S. at 152; *see also Berskhire v. Beauvais*, 928 F.3d 520, 530–31 (6th Cir. 2019) (noting "fail[ure] to file an objection to the magistrate judge's R&R … is forfeiture, not waiver"). Thus, the Court **ADOPTS** and **AFFIRMS** Magistrate Judge Litkovitz's R&R (Doc. 22), thereby **DENYING** Lawless' Motion (Doc. 11).

**SO ORDERED.**

May 21, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**